UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　　Case No. 17 B 27417

　　Rolanda Faye Bell

　　　　　　Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/13/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 12/07/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$0.00** |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |

Attorney fees paid and disclosed by debtor:     $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADT Security Services | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Allstate County Mutual Ins. Co. | Unsecured | 682.45 | NA | NA | 0.00 | 0.00 |
| Apex Insurance Agency International | Unsecured | 1,499.36 | NA | NA | 0.00 | 0.00 |
| Associated Allergists & Asthma Spe | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| At & T U Verse | Unsecured | 242.06 | NA | NA | 0.00 | 0.00 |
| At & T U Verse | Unsecured | 10.33 | NA | NA | 0.00 | 0.00 |
| Bud's Ambulance Service | Unsecured | 747.50 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 1,172.00 | NA | NA | 0.00 | 0.00 |
| Charter Fitness | Unsecured | 34.95 | NA | NA | 0.00 | 0.00 |
| Check Into Cash of Indiana LLC | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 146.40 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City of Markham, IL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City of Oak Forest | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City of Rolling Meadows, IL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 761.39 | NA | NA | 0.00 | 0.00 |
| Concentra | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| Dept of Ed/Nelnet | Unsecured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| Direct Energy | Unsecured | 470.79 | NA | NA | 0.00 | 0.00 |
| Discover Fincl Svc, LLC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Guaranty Bank | Unsecured | 976.09 | NA | NA | 0.00 | 0.00 |
| Guaranty Bank | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Guaranty Bank | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Guaranty Bank | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Harris County Toll Road Authority | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 4,850.70 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 718.90 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 718.00 | NA | NA | 0.00 | 0.00 |
| Kar Market | Unsecured | 23,664.21 | NA | NA | 0.00 | 0.00 |
| Kar Market | Secured | 23,664.21 | 18,559.04 | 18,559.04 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Kroger Co. | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| Legal Shield | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| MB Financial | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Midwest Emergency Associates | Unsecured | 1,188.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 369.61 | NA | NA | 0.00 | 0.00 |
| Northwest Houston Med. Center | Unsecured | 2,714.00 | NA | NA | 0.00 | 0.00 |
| Pls Financial Solutions of IN, Inc | Unsecured | 682.50 | NA | NA | 0.00 | 0.00 |
| Proactive | Unsecured | 68.82 | NA | NA | 0.00 | 0.00 |
| Regus | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Simple Choice no Credit | Unsecured | 36.73 | NA | NA | 0.00 | 0.00 |
| Speedway Cash IL Inc. | Unsecured | 2,325.24 | NA | NA | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 2,024.00 | NA | NA | 0.00 | 0.00 |
| State Farm | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| State Farm | Unsecured | 934.96 | NA | NA | 0.00 | 0.00 |
| State Farm | Unsecured | 54.70 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers, LTD | Unsecured | 629.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 29.38 | NA | NA | 0.00 | 0.00 |
| University of Phoenix | Unsecured | 1,293.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| USA Payday Loan | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| Web.com | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| WebBank | Unsecured | 156.09 | NA | NA | 0.00 | 0.00 |
| Woodforest Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Woodforest National Bank | Unsecured | 8.98 | NA | NA | 0.00 | 0.00 |
| Wynotleaseit | Unsecured | 155.76 | NA | NA | 0.00 | 0.00 |
| XFinity | Unsecured | 1,796.35 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,559.04 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,559.04** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/12/2018      By: /s/ Marilyn O. Marshall
                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**